16481

BRAUDIE v. RICHLAND COUNTY

(64 S. E. (2d) 248)

*Mr. Frank A. Graham, Jr.,* of Columbia, *for Appellant,*

*Messrs. Baker & Baker* and *F. Ehrlich Thomson,* of Columbia, *for Respondent,*

132

March 20, 1951.

PER CURIAM.

The order of Honorable Wm. H. Grimball has been carefully considered in the light of the record and the exceptions, and we find no error.

Let the order be reported as the judgment of this Court.